UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AH4R-CA, LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>JOSEFINA LAMPA DE LEON, et al.,<br><br>    Defendants. | Case No. 13-cv-01667-WHO<br><br>**ORDER TO SHOW CAUSE** |

Attorney Linda Z. Voss represents the Defendants in this case. On May 31, 2013, based on her suspension by the Bankruptcy Court of the Northern District of California, Judge William Alsup of this court suspended Ms. Voss from the court's bar on an interim basis under Civil Local Rule 11-7(b)(1) and issued an order to show cause why a suspension or disbarment order should not be entered. *In the Matter of Linda Z. Voss*, No. 3:13-mc-80120-WHA (N.D. Cal. June 3, 2013) (Dkt. No. 1). Ms. Voss did not respond as ordered, and Judge Alsup therefore suspended her from the court's bar on July 8, 2013. *Id.* (Dkt. No. 2).

"[A]n attorney must be a member of the bar of this Court to practice in this Court." Civ. L. R. 11-1(a). "A person who exercises, or pretends to be entitled to exercise, any of the privileges of membership in the bar of this Court, when that person is not entitled to exercise such membership privileges, may be referred to the Standing Committee in addition to any action authorized by applicable law." Civ. L. R. 11-8.

Ms. Voss failed to notify the Court about her suspension status and remains listed as counsel in this case. More importantly, she failed to respond to Plaintiff's Motion to Remand (Dkt. No. 13) by the June 4, 2013, deadline and has failed to otherwise defend this case on behalf of her clients or to find alternate counsel for them. The significant prejudice she has caused her

1  clients and the waste of judicial resources this issue entails are unacceptable.

2  The Court ORDERS Ms. Voss to personally appear before the Court at the Case
3  Management Conference set for this case on August 8, 2013, at 9 a.m. in Courtroom 2, 17th Floor,
4  450 Golden Gate Avenue, San Francisco, California.  At that time, Ms. Voss is ORDERED to
5  show cause as to why she should not be referred to the Standing Committee or otherwise
6  sanctioned based on the fact that she (1) has not withdrawn from this case even though she is
7  suspended from practice, (2) failed to provide the Court with notice of her suspension, (3) failed to
8  respond to the Motion to Remand, and (4) failed to substitute counsel or make other arrangements
9  regarding her clients' representation.

10  **IT IS SO ORDERED.**

11  Dated: August 6, 2013



WILLIAM H. ORRICK
United States District Judge